UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>BLU HOMES, INC.,<br><br>        Defendant. | No. 2:21-cv-01543 KJM AC<br><br>ORDER |

This matter is before the court on plaintiff's motion for default judgment. ECF No. 10. The motion was referred to the undersigned pursuant to E.D. Cal. R. 302(c)(19). This motion was set for hearing on the papers February 9, 2022. ECF No. 11. Defendant did not appear or file an opposition. Plaintiff's case contains a single breach of contract claim. ECF No. 1. Plaintiff did not include in its exhibits to the motion for default judgment a copy of the agreement at issue. See ECF No. 10. While plaintiff's brief argues for application of Illinois law, the brief does not address whether the contract contained a choice of laws provision. Id. Before the court issues a ruling on the motion, additional documentation is required.

////

////

////

1

1 | Plaintiff is ORDERED, within 10 days of this order, to submit a copy of the agreement at
2 | issue in this case along with an affidavit attesting to its validity.
3 |     IT IS SO ORDERED.
4 | DATED: March 10, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE